IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRYAN ANTHONY FLOWERS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4856

Opinion filed May 17, 2017.

An appeal from an order of the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Bryan Anthony Flowers, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.